UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RAMON TORRES,

                Petitioner,

                                            **Hon. Hugh B. Scott**

                v.

                                            05CV898

                                            **Order**

ROBERT ELCORE,

                Respondent.

      Before the Court is petitioner's motion for extension of time to answer the written response to his Habeas Corpus Petition (Docket No. 9). The Court ordered petitioner to so respond within 30 days of receipt of the written response from respondent (Docket No. 5). Although petitioner does not indicate when he received the response, the respondent filed his response on June 12, 2006, making petitioner's reply due approximately July 12, 2006 (assuming simultaneous receipt with filing). Note, respondent was granted an extension of time to file his response (Docket No. 7, <u>see</u> Docket No. 6, Motion). In petitioner's motion, petitioner requests 45 days from July 1 (or August 15, 2006) in order to reply.

      Petitioner's motion is **granted**; petitioner has until **August 15, 2006**, to submit his reply to respondent's response.

      So Ordered.

                                                                      /s/ Hugh B. Scott

                                                                 Honorable Hugh B. Scott
                                                                 United States Magistrate Judge

Dated: Buffalo, New York
       July 5, 2006